# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-2113            **Short Title:** RILA v. NEA

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Rhode Island Latino Arts, National Queer Theater, The Theater Offensive, Theatre Communications Group      as the

[ ] appellant(s)         [✓] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Lynette Labinger
Signature

11/18/2025
Date

Lynette Labinger
Name

_____
Firm Name (if applicable)

401-465-9565
Telephone Number

128 Dorrance Street, Box 710
Address

n/a
Fax Number

Providence, RI 02903
City, State, Zip Code

LL@labingerlaw.com
Email (required)

Court of Appeals Bar Number: 23027

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).