# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 25-2113                    **Short Title:** R.I. Latino Arts v. National En

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

National Endowment for the Arts; Mary Anne Carter _____ as the

[✔] appellant(s)              [ ] appellee(s)                [ ] amicus curiae

[ ] petitioner(s)             [ ] respondent(s)              [ ] intervenor(s)

/s/ Kevin Bolan
Signature

November 20, 2025
Date

Kevin Bolan
Name

U.S. Attorney's Office
Firm Name (if applicable)

401.709.5029
Telephone Number

One Financial Plaza, 17th Fl.
Address

401.709.5001
Fax Number

Providence, RI 02903
City, State, Zip Code

kevin.bolan@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1153715

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).