# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-2113       **Short Title:** RILA v. NEA

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Rhode Island Latino Arts, National Queer Theater, The Theater Offensive, Theatre Communications Group   as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

/s/ David Cole
Signature

11/21/25
Date

David Cole
Name

_____
Firm Name (if applicable)

202-365-6779
Telephone Number

600 New Jersey Ave. NW
Address

_____
Fax Number

Washington, DC 20001
City, State, Zip Code

cole@georgetown.edu
Email (required)

Court of Appeals Bar Number: 5776

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).