# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 25-2113      **Short Title:** RI Latino Arts et al. v National Endowment for the Arts

**Type of Action**

☑ Civil
☐ Criminal/Prisoner
☐ Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from Sept. 19, 2025
   2. Date this notice of appeal filed Nov. 17, 2025
      If cross appeal, date first notice of appeal filed
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) Not applicable.
   4. Date of entry of order deciding above post-judgment motion Not applicable.
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)
      Time extended to

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? ☑ Yes ☐ No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? ☐ Yes ☑ No
         If yes, explain
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? ☐ Yes ☑ No
         If yes, explain

C. Has this case previously been appealed? ☐ Yes ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? ☐ Yes ☑ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below?  ☑ Yes  ☐ No
    If yes, is a transcript necessary for this appeal?  ☐ Yes  ☑ No
    If yes, is transcript already on file with district court?  ☐ Yes  ☑ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

    1.  Adverse party Rhode Island Latino Arts
        Attorney Vera Eidelman
        Address American Civil Liberties Union Foundation 125 Broad St. Ste 18th Floor New York, NY 10004
        Telephone 212-519-2556

    2.  Adverse party National Queer Theater
        Attorney Vera Eidelman
        Address American Civil Liberties Union Foundation 125 Broad St. Ste 18th Floor New York, NY 10004
        Telephone 212-519-2556

    3.  Adverse party The Theater Offensive
        Attorney Vera Eidelman
        Address American Civil Liberties Union Foundation 125 Broad St. Ste 18th Floor New York, NY 10004
        Telephone 212-519-2556

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

    1.  Appellant's name National Endowment for the Arts
        Address 400 7th St SW, Washington, DC 20506
        Telephone 202.682.5400

        Attorney's name Kevin Bolan
        Firm US Attorney's Office
        Address One Fianncial Plaza, 17th Floor, Providence, Rhode Island 02903
        Telephone 401-709-5000

    2.  Appellant's name MARY ANNE CARTER, Chair of the National Endowment for the Arts
        Address 400 7th St SW, Washington, DC 20506
        Telephone 202.682.5400

        Attorney's name Kevin Bolan
        Firm US Attorney's Office
        Address One Fianncial Plaza, 17th Floor, Providence, Rhode Island 02903
        Telephone 401-709-5000

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.


Signature  /s/ Kevin Bolan

Date  Janary 5, 2026

25-2113                                                        RI Latino Arts et al. v NEA

**F.    (Supplement.) List each adverse party to the appeal.**

Adverse party:            Theatre Communications Group
Attorney:                 Vera Eidelman
Attorney's address:       American Civil Liberties Union Foundation
                          125 Broad St. Ste 18th Floor
                          New York, NY 10004
Attorney's telephone: 212-519-2556

Each of the following attorneys represent the same four Plaintiffs / Appellees
as Ms. Eidelman: (1) Rhode Island Latino Arts; (2) National Queer Theater;
(3) The Theater Offensive; and (4) Theatre Communications Group:

Attorney:                 Brian Hauss
Attorney's address:       American Civil Liberties Union Foundation
                          125 Broad St. Ste 18th Floor
                          New York, NY 10004
Attorney's telephone: 212-549-2500

Attorney:                 Scarlet Kim
Attorney's address:       American Civil Liberties Union Foundation
                          125 Broad St. Ste 18th Floor
                          New York, NY 10004
Attorney's telephone: 212-549-2500

Attorney:                 Lauren Yu
Attorney's address:       American Civil Liberties Union Foundation
                          125 Broad St. Ste 18th Floor
                          New York, NY 10004
Attorney's telephone: 212-549-2500

Attorney:                 Lynette J. Labinger
Attorney':s address:      128 Dorrance Street, Box 710
                          Providence, RI 02903
Attorney's telephone: 401-465-9565

Attorney:                 David Cole
Attorney's address:       Georgetown University Law Center
                          600 New Jersey Ave NW Washington, DC 20001
Attorney's telephone: 202-365-6779

25-2113                                                RI Latino Arts et al. v NEA

**Certificate of Service**

On this 5th day of January, 2026, I caused this document to be filed electronically, which served it on counsel below who are registered participants of the CM/ECF system, and is available for viewing and downloading from the ECF system.

I also have emailed this document to the above-named counsel.

*/s/ Kevin Bolan*
Kevin Bolan