IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RHODE ISLAND LATINO ARTS,
NATIONAL QUEER THEATER,
THE THEATER OFFENSIVE, and
THEATRE COMMUNICATIONS
GROUP,

        Plaintiffs–Appellees,

        v.

NATIONAL ENDOWMENT
FOR THE ARTS, and MARY ANNE
CARTER, in her official capacity as
Acting Chair of the National
Endowment for the Arts,

        Defendants–Appellants.

No. 25–2113

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE**

Pursuant to Federal Rule of Appellate Procedure 26(b), the parties respectfully move for an extension of time on the briefing schedule ordered by the Court on January 7, 2026.

The government has filed a notice of appeal from a district court opinion holding that a National Endowment of the Arts policy disfavoring grant applications that "promote gender ideology" violates the First Amendment and the

1

Administrative Procedure Act. Memorandum and Order, *R.I. Latino Arts v. Nat'l Endowment for the Arts*, 777 F. Supp. 3d 87 (2025) (No. 25-79 WES). This Court issued a scheduling order on January 7, 2026. Under that order, Defendants-Appellants' opening brief is currently due February 17, 2026; Plaintiffs-Appellees' brief is due 30 days following service of Defendant-Appellants' opening brief; and Defendants-Appellants' reply is due 21 days following service of Plaintiffs-Appellees' brief.

The parties respectfully request that the deadline for Defendants-Appellants' opening brief be extended to on or after April 20, 2026; with Plaintiffs-Appellees' brief due on or after May 20, 2026; and Defendants-Appellants' reply due on or after June 12, 2026.

This extension is necessary to allow the parties sufficient time to prepare and finalize their briefs. The principal attorney on this matter for Plaintiffs-Appellees is Ms. Vera Eidelman. Under the current schedule, Plaintiffs-Appellees would need to prepare their brief between February 17 and March 17, 2026. During that time, Ms. Eidelman will be on parental leave and she is not due to return to the office until April 2026. The government attorney with principal responsibility for this matter is Ms. Jennifer Utrecht, and she is also responsible for other pressing matters. Under the current schedule, Defendants-Appellants would need to prepare their brief on or

before February 17, 2026. During that time, Ms. Utrecht is also responsible for preparing the government's briefs in *American Association of Universities v. Department of Energy*, No. 25-1727 (1st Cir.) (reply brief due as extended Feb. 2, 2026); *American Association of Universities v. Department of Defense*, No. 25-2184 (1st Cir.) (opening brief due Feb. 17, 2026); and *Abadi v. Department of Transportation*, No. 24-3197 (2d Cir.) (response brief currently due Feb. 2, 2026, extension motion pending).

For the foregoing reasons, the parties respectfully request that the Court grant the extension of time on the briefing schedule ordered by the Court on January 7, 2026.

Dated: January 26, 2026    Respectfully Submitted,

/s/ *Scarlet Kim*
Scarlet Kim
Vera Eidelman
Lauren Yu
Brian Hauss
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
scarletk@aclu.org
veidelman@aclu.org
bhauss@aclu.org
lyu@aclu.org

Lynette Labinger, Esq. (Bar No. 1645)
128 Dorrance Street, Box 710
Providence, RI 02903
(401) 465-9565
LL@labingerlaw.com
American Civil Liberties Union
Foundation of Rhode Island

David D. Cole
600 New Jersey Ave. NW
Washington, DC 20001
(202) 622-9078
cole@georgetown.edu


/s/ *Jennifer L. Utrecht*
Jennifer L. Utrecht
Daniel Tenny
Attorneys
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave, N.W., Room 7710
Washington, D.C. 20530
(202) 353-9039
Jennifer.l.utrecht@usdoj.gov
Daniel.tenny@usdoj.gov