# United States Court of Appeals
## For the First Circuit

No. 25-2113

RHODE ISLAND LATINO ARTS; NATIONAL QUEER THEATER; THE THEATER
OFFENSIVE; THEATRE COMMUNICATIONS GROUP,

Plaintiffs - Appellees,

v.

NATIONAL ENDOWMENT FOR THE ARTS; MARY ANNE CARTER, in the official
capacity as Acting Chair of the National Endowment for the Arts,

Defendants - Appellants.

### ORDER OF COURT

Entered: May 4, 2026
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellants Mary Anne Carter and National Endowment for the Arts on
April 20, 2026, is not in compliance with the following Federal Rules of Appellate Procedure and
Local Rule of this court:

- **Fed. R. App. P. 26.1 and 28(a)(1)**, requiring a Disclosure Statement in the front of the brief.
  ***The appellants' brief does not include a Disclosure Statement.***

- **1st Cir. R. 28.0(a)(1)**, requiring that the appellant include an addendum in the back of its brief,
  regardless of whether appellant has filed an appendix. The addendum must contain the
  judgments, decisions, rulings or orders appealed from, including supporting explanation (e.g.,
  a written or transcript opinion), and in addition, where the district court or agency whose
  decision is under review was itself reviewing or acting upon the decision of a lower-level
  decision-maker, that lower-level decision as well (e.g., a recommended decision by a
  magistrate judge or an initial decision by an administrative law judge). ***The appellants'
  addendum is missing the challenged "Final Judgment" dated September 19, 2025.***

Appellants Mary Anne Carter and National Endowment for the Arts are ordered to file a
conforming brief by **May 11, 2026**. The corrected brief must be served on all parties to the appeal,
and the certificate of service must be updated to include the new date of service. The due date for
appellees' brief shall run from service of the corrected brief, in accordance with Fed. R. App. P.
31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lauren S. Zurier
Daniel Tenny
Brett Allen Shumate
Kevin M. Bolan
Jennifer Utrecht
Lynette J. Labinger
Scarlet Kim
Brian Matthew Hauss
David Cole
Lauren Jane Yu
Vera Eidelman