# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-2113          **Short Title:** R.I. Latino Arts v. NEA

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

see attached _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Andrew F. Sellars
Signature

June 12, 2026
Date

Andrew F. Sellars
Name

Albert Sellars LLP
Firm Name (if applicable)

617-798-7922
Telephone Number

769 Centre Street, Suite 199
Address

_____
Fax Number

Boston, MA 02130
City, State, Zip Code

andy@albertsellars.law
Email (required)

Court of Appeals Bar Number: 1174832

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Print | Reset |
|-------|-------|

## *Amici Curiae* Represented

1. National Coalition Against Censorship

2. The Authors Guild, Inc.

3. Dramatists Guild of America, Inc.

4. Electric Lit Inc.

5. Poets & Writers, Inc.

6. Annie Dorsen

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

Dated: June 12, 2026

/s/ Andrew F. Sellars

Andrew F. Sellars
ALBERT SELLARS LLP
769 Centre Street, Suite 199
Boston, MA 02130
(617) 798-7922
andy@albertsellars.law

Counsel for *Amici Curiae*