# United States Court of Appeals
## For the First Circuit

No. 25-2113

RHODE ISLAND LATINO ARTS; NATIONAL QUEER THEATER; THE THEATER OFFENSIVE; THEATRE COMMUNICATIONS GROUP,

Plaintiffs - Appellees,

v.

NATIONAL ENDOWMENT FOR THE ARTS; MARY ANNE CARTER, in the official capacity as Acting Chair of the National Endowment for the Arts,

Defendants - Appellants.

### ORDER OF COURT

Entered: June 15, 2026
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellees National Queer Theater, Rhode Island Latino Arts, Theatre Communications Group, and Theater Offensive on June 5, 2026, is not in compliance with the following Federal Rule of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(C)**, requiring that the front cover of the brief contain the title of the case (see Rule 12(a)). ***The caption on the appellees' brief does not match the caption used by this court.***

Appellees  National Queer Theater, Rhode Island Latino Arts, Theatre Communications Group, and Theater Offensive are ordered to file a conforming brief by **June 22, 2026**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellants' reply brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lauren S. Zurier, Daniel Tenny, Brett Allen Shumate, Kevin M. Bolan, Jennifer Utrecht, Lynette J. Labinger, Scarlet Kim, Brian Matthew Hauss, David Cole, Lauren Jane Yu, Vera Eidelman